IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITAL INVESTMENTS GROUP, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-115 GMS-SRF |
| VICTORIA KORBAN, et al., | : |
| Defendants. | : |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on February 14, 2014 (D.I. 67), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, it is this ___17th___ day of March, 2014, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Fallon's Report Recommendation is hereby ADOPTED; and

2. The Motion to Dismiss (D.I. 54) filed by Victoria Korban is GRANTED as therein set forth in Magistrate Judge Fallon's Report and Recommendation.

_____
CHIEF, UNITED STATES DISTRICT JUDGE